## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Roland Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-00197 |
| v. | ) | |
| | ) | Judge David A. Ruiz |
| Sony Music Entertainment Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

### DEFENDANT SPOTIFY USA INC.'S MOTION TO DISMISS THE COMPLAINT

Upon the accompanying Memorandum of Law, Defendant Spotify USA Inc. ("Spotify")

hereby moves to dismiss Plaintiff Roland Brown's Complaint for failure to state a claim, pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 17th day of April, 2026.

  /s/ Brendan T. Kehoe
Brendan T. Kehoe*
Rachel H. Simon*
KLARIS LAW PLLC
161 Water Street, Ste. 904
New York, New York 10038
T 646.779.4882
brendan.kehoe@klarislaw.com
rachel.simon@klarislaw.com

*Pro hac vice application pending.

  /s/ David B. Cupar
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
T 216.348.5400 │ F 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Spotify USA Inc.*